88 So.2d 205

■

**Jesse BLACKBURN**

v.

**STATE.**

**8 Div. 805.**

Supreme Court of Alabama.

April 12, 1956.

Rehearing Denied June 21, 1956.

Mitchell & Poellnitz, Florence, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Jesse Blackburn for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Blackburn v. State, 88 So.2d 199.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

85 So.2d 905

■

**Earl Glenn BOWLIN**

v.

**Lillis BOWLIN.**

**7 Div. 299.**

Supreme Court of Alabama.

Dec. 22, 1955.

John R. Robinson, Ashville, for appellant.

Talmadge H. Fambrough, Pell City, for appellee.

PER CURIAM.

Appeal dismissed. Supreme Court Rule 12.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.

85 So.2d 905

■

**E. S. BRANNON et al.**

v.

**L. D. BYNUM.**

**6 Div. 971.**

Supreme Court of Alabama.

Jan. 20, 1956.

Roger F. Rice, Birmingham, for appellants.

Barber & Cook, Birmingham, for appellee.

PER CURIAM.

Appeal dismissed. Supreme Court Rule 12.

LIVINGSTON, C. J., and LAWSON, STAKELY and MAYFIELD, JJ., concur.